PER CURIAM.
Affirmed on the authority of Corbin on Contracts § 1089 (1951); R. K. Cooper Builders, Inc. v. Free-Lock Ceilings, Inc., Fla.App.1969, 219 So.2d 87; Edgar v. Hosea, Fla.App.1968, 210 So.2d 233; Ray v. Dock & Marine Construction, Inc., Fla. *695 App.1966, 183 So.2d 237; Gracy v. Fielding, 1916, 71 Fla. 1, 70 So. 625; Carolina Buggy Mfg. Co. v. Williams, 1916, 71 Fla. 193, 70 So. 1006; McCall v. Sherbill, Fla. 1953, 68 So.2d 362; Higbee v. Dorigo, Fla. 1953, 66 So.2d 684; English & American Ins. Co. v. Swain Groves, Inc., Fla.App.1969, 218 So.2d 453, 457; and Vacation Prizes, Inc. v. City National Bank of Miami Beach, Fla.App.1969, 227 So.2d 352.
CROSS, C. J., and REED and MAGER, JJ., concur.